FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR 2 8 2011

Stephan Harris, Clerk
Casper

## UNITED STATES DISTRICT COURT

### DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**BRANDIE JEAN STALEY,** | WARRANT FOR ARREST<br>CASE NUMBER: 11CR86-J |

To:   The United States Marshal and any
        Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **BRANDIE JEAN STALEY,** and bring her forthwith to the nearest magistrate to answer an Information charging her with Unlawful User of a Controlled Substance in Possession of A Firearm, in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

| | |
|---|---|
| **Hon. R. MICHAEL SHICKICH**<br>Name of Issuing Officer | **U.S. Magistrate Judge**<br>Title of Issuing Officer |
| _[signature]_ **SEAL**<br>Signature of Issuing Officer<br>_[signature]_<br>By Deputy Clerk | March 24, 2011, at Casper, Wyoming<br>Date and Location |
| Bail fixed at $ _____ | by Hon. R. Michael Shickich |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _1100 Bruce lane, Casper, Wyoming (Natrona County Detention Center)_

| DATE RECEIVED 3-25-11 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-28-11 | Stephen Wolosin / Special Agent DCI | _[signature]_ |

3