# FINANCIAL AFFIDAVIT

CJA 23
(REV. 5/98)

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICE WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | |
|---|---|---|

| IN THE CASE OF: | | FOR |
|---|---|---|
| UNITED STATES | vs STALEY | WYOMING |
| OF AMERICA | | AT Casper, Wyoming |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
01
MAR 2 9 2011
Stephan Harris, Clerk
Casper

| DOCKET NUMBERS | |
|---|---|
| Magistrate | |
| District Court | 11CR86J |
| Court of Appeals | |

PERSON REPRESENTED (Show your full name)

BRANDIE JEAN STALEY

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐   (Specify) _____

CHARGE/OFFENSE (describe if applicable & check box -) ☒ Felony / ☐ Misdemeanor

UNLAWFUL USER OF A CONTROLLED SUBSTANCE IN POSSESSION OF A FIREARM, 922(g)(3) AND 924 (a)(2)(1)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

| | | |
|---|---|---|
| **EMPLOY-MENT** | Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed | |
| | Name and address of employer: _____ | |
| | **IF YES,** how much do you earn per month? $ _____ | **IF NO,** give month and year of last employment How much did you earn per month? $ _____ |
| | If married is your Spouse employed? ☐ Yes ☐ No | |
| | **IF YES,** how much does your Spouse earn per month? $ _____ | If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____ |

**ASSETS**

| **OTHER INCOME** | Have you received within the past 12 months any income from a business, profession or other form of self employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No | |
|---|---|---|
| | RECEIVED | SOURCES |
| | IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES | None. |

| **CASH** | Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ _____ |
|---|---|

| **PROP-ERTY** | Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No |
|---|---|
| | WSO VALUE DESCRIPTION |
| | IF YES, GIVE THE VALUE AND $ _____   WSO |
| | DESCRIBE IT |

| **DEPENDENTS** | MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
|---|---|---|---|
| | ☒ SINGLE | | My children live with my |
| | ☐ MARRIED | 2 | Aunt in California. |
| | ☐ WIDOWED | | |
| | ☐ SEPARATED OR DIVORCED | | |

| **OBLIGATIONS & DEBTS** | DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES CHARGE ACCOUNTS, ETC.) | APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|---|---|
| | | I have been detained at NCDC since 1/10/11 | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |
| | | | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)    Brandie Staley